**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-1206**

_____

JEROME GARCIA,

        Plaintiff - Appellant,

    v.

KENDRA L. DOVE; JOHN HOPKINS,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:25-cv-06624-MGL)

_____

Submitted:  March 30, 2026                          Decided:  April 7, 2026

_____

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jerome Garcia, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Garcia seeks to appeal the district court's order accepting the magistrate judge's recommendation and dismissing his 42 U.S.C. § 1983 complaint as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).  "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on November 25, 2025, so the appeal period expired on December 26, 2025.  *See* Fed. R. Civ. P. 6(a)(1)(C) (excluding legal holidays). Garcia filed his notice of appeal on February 17, 2026.  Because Garcia failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2